UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY CHAVEZ,

        Plaintiff,

v.

CAFE CORTINA, INC., et al.,

        Defendants.

_____/

Case No. 2:20-cv-13011

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER OF DISMISSAL**

This matter has come before the Court upon a stipulation of the parties and the Court is otherwise duly informed in the premises.

IT IS HEREBY ORDERED that this action is dismissed in its entirety with respect to each Defendant, with prejudice. Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction to reopen the case upon an ex parte motion by Plaintiff to enter a consent judgment or otherwise enforce the terms of the Parties' Settlement Agreement. Defendants shall not oppose any motion by Plaintiff to re-open this matter.

    SO ORDERED.

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: June 23, 2021

2

Stipulated to by:

| **SALVATORE PRESCOTT PORTER & PORTER, PLLC** <br> /s/ *Nakisha Chaney* (with permission) <br> Nakisha Chaney (P65066) <br> Jessica Lieberman (P68957) <br> 105 East Main Street <br> Northville, MI 48167 <br> P: (248) 679-8711 <br> chaney@spplaw.com <br> liberman@spplaw.com <br> Attorneys for Plaintiff | **FOLEY & LARDNER LLP** <br> <br> /s/ *Jacqueline A. Hayduk* <br> Jeffrey S. Kopp (P59485) <br> Jacqueline Hayduk (P80998) <br> 500 Woodward Avenue, Suite 2700 <br> Detroit, MI 48226-3489 <br> P: (313) 234-7140 <br> F: (313)234-2800 <br> jkopp@foley.com <br> jhayduk@foley.com <br> *Attorneys for Defendant* |